UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| GENA M GARNER | § | |
| | § | Case Number: 16-81249 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __June 1__, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Jason Rock
6833 Stalter Drive
Rockford, IL 61108

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

| | | |
|---|---|---|
| Alliance One Receivables<br>P.O. Box 3107<br>Southeastern, PA 19398-3107 | Beneficial<br>P.O. Box 1231<br>Brandon, FL 33509-1231 | US BANK<br>PO BOX 5229<br>CINCINNATI, OH 45201-5229 |
| Central Credit Services LLC<br>20 Corporate Hills Drive<br>Saint Charles, MO 63301-3749 | CITIBANK<br>PO BOX 790034<br>ST LOUIS, MO 63179-0034 | Creditors' Protection Service, Inc.<br>308 W. State Street, Suite 485<br>PO Box 4115<br>Rockford, IL 61110-0615 |
| Northland Group Inc.<br>PO Box 390905<br>Minneapolis, MN 55439-0905 | OSF Healthcare System<br>7978 Solution Center<br>Chicago, IL 60677-7009 | Rockford Mercantile Agency, Inc.<br>2502 S. Alpine Road<br>Rockford, IL 61108-7813 |
| Rockford Radiology Assoc.<br>P.O. Box 1790<br>Brookfield, WI 53008-1790 | Russell Garner<br>2667 Machester Road<br>South Beloit, IL 61080-9613 | Sam's Club MC/SYNCB<br>PO Box 960013<br>Orlando, FL 32896-0013 |
| Swedish American Hospital<br>PO Box 310283<br>Des Moines, IA 50331-0283 | Gena M. Garner<br>143 Bullard Street<br>Poplar Grove, IL 61065-8401 | |