# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: GARNER, GENA M.                          § Case No. 16-81249
                                                §
                                                §
                                                §
Debtor(s)                                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $141,598.71                    Assets Exempt: $40,030.71
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,873.69       Claims Discharged
                                                 Without Payment: $11,709.68

Total Expenses of Administration: $5,126.31

---

   3) Total gross receipts of $    14,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $14,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,126.31 | 5,126.31 | 5,126.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 20,583.37 | 20,583.37 | 8,873.69 |
| **TOTAL DISBURSEMENTS** | $0.00 | $25,709.68 | $25,709.68 | $14,000.00 |

4) This case was originally filed under Chapter 7 on May 20, 2016. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/29/2017          By: /s/JOSEPH D. OLSEN
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Savings: PARDA Credit Union | 1129-000 | 1,000.00 |
| Ameritrade account; various stocks, joint with e | 1129-000 | 2,000.00 |
| 2008 Toyota Sienna, 92,000 miles. Entire propert | 1129-000 | 3,000.00 |
| 2012 Nissan Rogue, 30,000 miles, Fair condition. | 1129-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 2,150.00 | 2,150.00 | 2,150.00 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 54.11 | 54.11 | 54.11 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 2,814.00 | 2,814.00 | 2,814.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.81 | 16.81 | 16.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.73 | 15.73 | 15.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.80 | 16.80 | 16.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.68 | 14.68 | 14.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.23 | 16.23 | 16.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.95 | 17.95 | 17.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$5,126.31** | **$5,126.31** | **$5,126.31** |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Bank NA dba Elan Financial Services | 7100-000 | N/A | 10,801.75 | 10,801.75 | 4,656.74 |
| 2 | U.S. Bank NA dba Elan Financial Services | 7100-000 | N/A | 4,909.01 | 4,909.01 | 2,116.32 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 4,872.61 | 4,872.61 | 2,100.63 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $20,583.37 | $20,583.37 | $8,873.69 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81249  
**Case Name:** GARNER, GENA M.

**Period Ending:** 08/29/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/20/16 (f)  
**§341(a) Meeting Date:** 06/23/16  
**Claims Bar Date:** 10/28/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 143 Bullard Street, Poplar Grove, IL 61065-0000, | 113,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking: PARDA Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Savings: PARDA Credit Union | 4.00 | Unknown | | 0.00 | FA |
| 5 | Savings: PARDA Credit Union | 2,500.00 | Unknown | | 1,000.00 | FA |
| 6 | Checking: PARDA Credit Union (Avon products) | 50.00 | Unknown | | 0.00 | FA |
| 7 | Checking: PARDA Credit Union | 5.00 | Unknown | | 0.00 | FA |
| 8 | Savings: Poplar Grove Bank | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Leather top desk; appliances; king size matress | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Personal computer; laptop computer; iPhone; Koda | 300.00 | 0.00 | | 0.00 | FA |
| 11 | 50 Bryer horses | 600.00 | 0.00 | | 0.00 | FA |
| 12 | Old Fisher Price figures | 300.00 | 0.00 | | 0.00 | FA |
| 13 | Everyday clothes | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Heart diamond necklace | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | Old wedding band | 500.00 | 0.00 | | 0.00 | FA |
| 16 | 2 paddleboats | 600.00 | 0.00 | | 0.00 | FA |
| 17 | Employer sponsored term policy: Children | 0.00 | 0.00 | | 0.00 | FA |
| 18 | (k): Cuna | 9,400.82 | 0.00 | | 0.00 | FA |
| 19 | Ret. or Pension Acct.: PNC | 9,029.89 | 0.00 | | 0.00 | FA |
| 20 | Ameritrade account; various stocks, joint with e | 800.00 | 0.00 | | 2,000.00 | FA |
| 21 | Weekly child support, Russell Garner: Child Supp | 201.00 | 0.00 | | 0.00 | FA |
| 22 | Real estate tax reimbursement claim under divorc | 4,000.00 | 0.00 | | 0.00 | FA |
| 23 | Avon email list; approximately 10 recipients | 5.00 | 0.00 | | 0.00 | FA |
| 24 | 2008 Toyota Sienna, 92,000 miles. Entire propert | 7,100.00 | 0.00 | | 3,000.00 | FA |
| 25 | 2012 Nissan Rogue, 30,000 miles, Fair condition. | 12,500.00 | 8,000.00 | | 8,000.00 | FA |
| 26 | Avon inventory | 50.00 | 0.00 | | 0.00 | FA |
| 27 | 3 cats | 3.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-81249  
**Case Name:** GARNER, GENA M.  

**Period Ending:** 08/29/17

**Trustee:** (330400)  JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/20/16 (f)  
**§341(a) Meeting Date:** 06/23/16  
**Claims Bar Date:** 10/28/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 27  Assets  **Totals** (Excluding unknown values) | $164,498.71 | $8,000.00 | | $14,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   September 30, 2017     **Current Projected Date Of Final Report (TFR):**   May 31, 2017  (Actual)

Printed: 08/29/2017 01:15 PM    V.13.30

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-81249  
**Case Name:** GARNER, GENA M.

**Taxpayer ID #:** **-***6888  
**Period Ending:** 08/29/17

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2366 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/11/16 | {24} | GARNER, GENA M. | | 1129-000 | 3,000.00 | | 3,000.00 |
| 10/11/16 | {25} | GARNER, GENA M. | | 1129-000 | 8,000.00 | | 11,000.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,990.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.81 | 10,973.19 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.73 | 10,957.46 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.80 | 10,940.66 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.68 | 10,925.98 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.23 | 10,909.75 |
| 04/04/17 | | Barrick Switzer Long Balsley & VenEvera | | | 3,000.00 | | 13,909.75 |
| | {20} | | 2,000.00 | 1129-000 | | | 13,909.75 |
| | {5} | | 1,000.00 | 1129-000 | | | 13,909.75 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.95 | 13,891.80 |
| 06/27/17 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $54.11, Trustee Expenses;  Reference: | 2200-000 | | 54.11 | 13,837.69 |
| 06/27/17 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,150.00, Trustee Compensation;  Reference: | 2100-000 | | 2,150.00 | 11,687.69 |
| 06/27/17 | 103 | Attorney Joseph D Olsen | Dividend paid 100.00% on $2,814.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,814.00 | 8,873.69 |
| 06/27/17 | 104 | Portfolio Recovery Associates, LLC | Dividend paid 43.11% on $4,872.61; Claim# 3; Filed: $4,872.61; Reference: | 7100-000 | | 2,100.63 | 6,773.06 |
| 06/27/17 | 105 | U.S. Bank NA dba Elan Financial Services | Combined Check for Claims#1,2 | | | 6,773.06 | 0.00 |
| | | | Dividend paid 43.11%    4,656.74<br>on $10,801.75;  Claim# 1; Filed: $10,801.75 | 7100-000 | | | 0.00 |
| | | | Dividend paid 43.11%    2,116.32<br>on $4,909.01;  Claim# 2; Filed: $4,909.01 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 14,000.00 | 14,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,000.00 | 14,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,000.00** | **$14,000.00** | |

{} Asset reference(s)

Printed: 08/29/2017 01:15 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 16-81249 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** GARNER, GENA M. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******2366 - Checking Account |
| **Taxpayer ID #:** **-***6888 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 08/29/17 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 14,000.00 | | | | | |
| | | Net Estate : $14,000.00 | | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******2366** | | 14,000.00 | 14,000.00 | 0.00 |
| | | $14,000.00 | $14,000.00 | $0.00 |

{} Asset reference(s)

Printed: 08/29/2017 01:15 PM    V.13.30